IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT RATAZAK,

    Petitioner,                    No. CIV S-06-1412 DFL DAD P

    vs.

KEN CLARKE, Warden, et al.,

    Respondents.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. In his application, petitioner seeks review of the California Board of Prison Terms' decision to deny him parole. In determining the proper venue for this action, several factors are to be considered. Petitioner is presently confined at the California Substance Abuse and Treatment Facility in Corcoran which in turn is located within Kings County. The parole hearing which resulted in the decision to deny parole that petitioner now challenges was also held at the Treatment Facility in Corcoran. Petitioner's underlying judgment of conviction was entered in the San Bernardino County Superior Court.

        Through this habeas action petitioner seeks to challenge the execution of his sentence as opposed to his underlying criminal conviction. Venue is proper in a habeas action in

1

either the district of confinement or the district of conviction.  28 U.S.C. § 2241(d).  However, the district of confinement is the preferable forum where the action challenges the execution of a sentence.  <u>Dunne v. Henman</u>, 875 F.2d 244, 249 (9th Cir. 1989); <u>see also</u> <u>Whitney v. Brown</u>, No. 105CV00557 RECTAGHC, 2005 WL 1704322, at *2 (E.D. Cal. July 14, 2005) (transferring case to district where petitioner was incarcerated in large part and where most of petitioner's records relating to his incarcerations, parole releases, and parole revocations were located).  As noted above, the California Substance Abuse and Treatment Facility is located in Kings County which is part of the Fresno Division of the United States District Court for the Eastern District of California.  <u>See</u> Local Rule 3-120(d).

Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.  This court will not rule on petitioner's request to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's request to proceed in forma pauperis;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: July 17, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
rata1412.109

2