UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT RATAZAK,<br><br>    Petitioner,<br><br>    v.<br><br>KEN CLARKE, Warden,<br><br>    Respondent. | 1:06-cv-0907 OWW SMS HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE<br>(DOCUMENT #13) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On February 23, 2007, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his traverse.

IT IS SO ORDERED.

**Dated:    March 23, 2007**           **/s/ Sandra M. Snyder**
23ehd0                           UNITED STATES MAGISTRATE JUDGE