UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



VINCENT RATAZAK,

vs.

KEN CLARKE,

_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:06-CV-00907 OWW/SMS HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

____   Granted for the following reason:

_____
_____
_____
_____

 X    Denied for the following reason:
State Board of Parole hearing and Prison Terms afforded all process to which Petitioner was due under most recent 9th Circuit law.

Dated: 1-30-08

OLIVER W. WANGER
United States District Judge